DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

Submitted April 24, 2006; decided May 2, 2006

SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Submitted April 24, 2006; decided May 2, 2006

Motion by New York County Lawyers' Association et al. for leave to appear amici curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

Judge ROSENBLATT taking no part.